**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA RUIZ, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.  2:26-cv-02410-KS<br><br>Judge: Hon.  Karen L. Stevenson<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT [13] and [14]** |

# ~~[PROPOSED]~~ ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Ventura.

IT IS SO ORDERED.

DATED:  April 13, 2026   

_Karen L. Stevenson_

Hon. Karen L. Stevenson
Chief United States Magistrate Judge